

United States District Court
Eastern District of California

| Marsha Crossrigmaiden | Case Number: | 2:25-CV-03659-DC-CKD |

Plaintiff(s)

V.

| EGOURMET SOLUTIONS, INC., et. al. |

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Turner R. Brock
hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

AXCET HR SOLUTIONS, INC., a corporation

On ___02/08/2024___ (date), I was admitted to practice and presently in good standing in the

___Missouri Supreme Court___ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: ___01/29/2026___     Signature of Applicant: /s/ ___/s/Turner R. Brock___

**Pro Hac Vice Attorney**

Applicant's Name: Turner R. Brock

Law Firm Name: Scharnhorst Ast Kennard Griffin PC

Address: 1100 Walnut Street

Suite 1950

City: Kansas City     State: MO     Zip: 64106

Phone Number w/Area Code: (816) 268-9400

City and State of Residence: Overland Park, Kansas

Primary E-mail Address: tbrock@sakg.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Julie W. O'Dell

Law Firm Name: O'Dell Law Group, APC

Address: 30950 Rancho Vieio Road

Suite 226

City: San Juan Capistrano     State: CA     Zip: 92675

Phone Number w/Area Code: (949) 409-1900     Bar # 291083

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 17, 2026

Dena Coggins
United States District Judge